# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

     VS                                      CASE NO.  3:09cr38 LAC

ABRAHAM ALVAREZ

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____July 24, 2009_____

Motion/Pleadings:__EX PARTE APPLICATION FOR WRIT OF HABEAS CORPUS AD___

TESTIFICANDUM AND REQUEST FOR SEALING (for witness Gerardo Mora Cerano)___

Filed by __DEFENDANT_____ on 7/23/09_____ Doc.# _78_

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed    _____ Consented

                              WILLIAM M. McCOOL, CLERK OF COURT

                              *s/Mary Maloy*

_____                                            

LC (1 OR 2)                 Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 31st day of July, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b) Gerardo Mora Cerano's attorney is to be notified.*

                               s/*L. A. Collier*

                                 ***LACEY A. COLLIER***
                      ***Senior United States District Judge***

```
Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____
```

                        Document No.